155 A.3d 895

**GOLDBERGH**

v.

**CR GOLF CLUB**

**Pet. Docket No. 568, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Opinion of the Court of Special Appeals unreported (No. 1450, Sept. Term, 2015).

Petition for writ of certiorari denied

■

155 A.3d 895

**GORDON**

v.

**MOTOR VEHICLE ADMINISTRATION**

**Pet. Docket No. 489, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Opinion of the Court of Special Appeals unreported (No. 1499, Sept. Term, 2015).

Petition for writ of certiorari denied